IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HALEY HERNANDEZ**                                                                 **PLAINTIFF**

V.                  **CASE NO. 4:20-CV-1312-BRW-BD**

**DOES**, *et al.*                                                            **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**        **Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge Billy Roy Wilson. Ms. Hernandez may file written objections with the Clerk of Court. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If Ms. Hernandez does not file objections, she risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record.

**II.**       **Discussion**

Haley Hernandez, a prisoner at the Saline County Detention Center (Detention Center), filed this civil rights lawsuit without the help of a lawyer. In her complaint, Ms. Hernandez complained about unconstitutional conditions at the Detention Center, but she did not name any defendants. (Doc. No. 1) She was ordered to file an amended complaint identifying the *individuals* who were allegedly responsible for the conditions and explaining how she was harmed. (Doc. No. 6)

Ms. Hernandez filed an amended complaint, as ordered, but she named the Detention Center as the only Defendant. (Doc. No. 7) The Detention Center is not an entity that can be sued in a § 1983 such as this. *See Owens v. Scott County Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003).

### III.  Conclusion

Here, there is no Defendant who can answer the complaint. The Court recommends, therefore, that Ms. Hernandez's claims be DISMISSED, without prejudice. This should count as a STRIKE for purposes of 28 U.S.C. § 1915(g).

DATED this 11th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE