IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HALEY HERNANDEZ                                                                                         PLAINTIFF

V.                              CASE NO. 4:20-CV-1312-BRW-BD

DOES, et al.                                                                                              DEFENDANTS

## ORDER

I have received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review, I approve and adopt the Recommendation all respects.

Ms. Hernandez's claims are DISMISSED, without prejudice. This dismissal counts as a STRIKE for purposes of 28 U.S.C. § 1915(g).

IT IS SO ORDERED, this 29th day of March, 2021.

                                                Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE