IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HALEY HERNANDEZ                                                               PLAINTIFF

V.                    CASE NO. 4:20-CV-1312-BRW-BD

DOES, *et al.*                                                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 29th day of March, 2021.

                                                       Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE